FILED'08 SEP 05 08:04USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JAMES LOWELL SNODGRASS,                                    CV. 08-424-KI

        Petitioner,                                            ORDER

  v.

JEAN HILL,

        Respondent.

KING, Judge

    Petitioner's motion to dismiss without prejudice (#11) is GRANTED.  This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this 4 day of September, 2008.

                                      Garr M. King
                                      United States District Judge

1 -- ORDER